## Commonwealth *v.* Patterson, Appellant.

Before JUBELIRER, P. J.

Submitted September 9, 1974. *Thomas M. Reese,* for appellant; *Amos C. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Perry, Appellant.

Before SAVITT, J., without a jury.

Submitted September 13, 1974. *Albert John Snite, Jr.,* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Larry D. Feldman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.